# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 20, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139263
& (44)

WESLEY GANSON and
WANDA GANSON,
      Plaintiffs-Appellants,

v

SC: 139263
COA: 284720
Wayne CC: 07-704805-CH

WELLS FARGO BANK OF
MINNESOTA, NATIONAL
ASSOCIATION SOLELY IN ITS
CAPACITY AS TRUSTEE, et al,
      Defendants-Appellees.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 2, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 20, 2009                                 _____
                                         Clerk